**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Jeremy Cioe
                      Plaintiff,

v.                                         Case No.: 1:11–cv–01002
                                                  Honorable Sharon Johnson Coleman

Verizon Communications, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 18, 2012:

       MINUTE entry before Honorable Sharon Johnson Coleman: Motion hearing held on 7/18/2012. Plaintiff's motion to reassign case [83] is taken under advisement. Ruling by mail. New dates, possibly in September, will be set forth in the ruling. Status hearing set to 7/20/2012 is stricken.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.