UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Jeremy Cioe

           Plaintiff,

v.                    Case No.: 1:11–cv–01002
                   Honorable Sharon Johnson Coleman

Verizon Communications, Inc., et al.

           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 29, 2013:

  MINUTE entry before Honorable Sharon Johnson Coleman: Motion hearing held on 1/29/2013. Joint motion to consolidate cases and for leave to file amended consolidated complaint [104] is granted. Plaintiff granted leave to file consolidated amended complaint. The referral is for all settlement purposes. Status hearing set for 2/11/2013 is stricken and reset to 3/29/2013 at 09:00 AM. Parties may consider consenting to proceed before Magistrate Judge Valdez.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.