**Verizon Wireless Claim Administrator**  
insert name of administrator  
insert address1 of administrator  
insert address2 of administrator  

Claim #:  
First1Last1  
City State Zip Ctry  
Addr1Addr2  
City, ST Zip Country  

Name/Address Changes (if any):

_____  
First Name            Last Name

_____  
Address

_____  
City            State            Zip

Email address:_____

( _____ )   _____  
Area Code     Daytime Telephone Number

( _____ )   _____  
Area Code     Evening Telephone Number

If your name or address is different from above, print the corrections on the lines above. If you move you must give the Claim Administrator your new address so you can be paid from any final Settlement.

# CLAIM AND OPT-IN FORM TO REQUEST YOUR SETTLEMENT AWARD

*Verizon Wireless Retail Employee Class Action Settlement*  
United States District Court, Northern District of Illinois, Case Numbers 11-cv-1002, 11-cv-01851

**YOU MUST COMPLETE AND SUBMIT THIS CLAIM FORM BY**  
**[INSERT DATE]**  
**TO BE ELIGIBLE TO RECEIVE MONEY FROM THIS SETTLEMENT FOR VERIZON WIRELESS RETAIL EMPLOYEES.  THIS SETTLEMENT INCLUDES CLAIMS UNDER THE FAIR LABOR STANDARDS ACT.**

**CLAIMS SUBMITTED AFTER [DATE] WILL BE REJECTED.**

If you are presently employed with Verizon Wireless, submitting a claim will not impact your employment with Verizon Wireless in any way.

TO CLAIM MONEY YOU MUST <u>COMPLETE</u>, <u>SIGN</u>, <u>DATE</u>, AND <u>SUBMIT</u> THIS FORM EITHER <u>ONLINE</u>, BY <u>EMAIL</u>, BY <u>FAX</u>, OR BY <u>MAIL</u> IN THE PRE-ADDRESSED ENVELOPE INCLUDED TO:

Verizon Wireless Claim Administrator  
INSERT claim administrator address1  
INSERT claim administrator address2  
1-___-___-____   fax: (___) ___-____  
email: _____  
settlement website:_____

1  
**QUESTIONS?  CALL [TOLL FREE PHONE NUMBER] OR VISIT [WEBSITE]**

## YOUR SETTLEMENT AWARD

If you complete and sign this Form on page 3 below and submit it by [insert date], the Claim Administrator may determine your share of the Settlement and send you a check for the applicable amount, as set forth in the accompanying Notice and in the Settlement Agreement, based upon Verizon Wireless payroll records that show:

1. Total Overtime Hours for which you were paid from March 16, 2008 to February 15, 2013: ___

2. Total Overtime Hours for which you were paid as part of the Salary Plus program from March 16, 2008 to February 15, 2013: ___

3. Total Dollar Amount you were paid for Annual Overtime Adjustments or "true-ups" from June 1, 2008 to February 11, 2012: $xxxxx

4. Total Dollar Amount you were paid for Monthly Overtime Adjustments or "true-ups" from March 16, 2008 to February 11, 2012: $xxxxx

**Challenging payroll records.** For purposes of this Settlement, you may challenge the accuracy of these records. To do so, you must submit information or documents supporting your position to the Claim Administrator within Thirty (30) days of the date your Claim and Opt-In Form is postmarked, emailed, completed and submitted through the settlement website, or faxed. Your challenge will be resolved according to the terms of the Settlement Agreement.

## RELEASE OF YOUR CLAIMS

Here is a summary of the claims and rights that you will be giving up or releasing if you do not exclude yourself from the Settlement of these Cases.

If the Court grants final approval of the Settlement, you will give up the right to sue Cellco Partnership, Verizon Wireless Texas, LLC, and AirTouch Cellular – who are all doing business as Verizon Wireless – and related persons and entities, for the following claims arising from your employment at a Verizon Wireless retail sales location in the United States at any time from March 16, 2008 to February 15, 2013: (i) retroactive deductions of overtime you recorded as having worked, (ii) calculation and payment of overtime adjustments to your rate of pay, based upon commission, bonus or other incentive compensation and time you worked in whole or in part between March 16, 2008 and February 15, 2013, and (iii) *if* you were classified as "Salary Plus" – calculation and payment of your overtime pay rate at a half-time rate and under the fluctuating workweek method of compensation. If you submit this Claim and Opt-In Form, you also will be giving up any rights you may have to sue for these claims under the Fair Labor Standards Act. The entire release of claims you are giving up can be read in the accompanying Notice.

*Verizon Wireless Retail Employee Class Action Settlement*
Claim and Opt-In Form

➔ **Yes, I wish to opt-in and to be a part of this Settlement and the Cases. I wish to claim any money due to me under this Settlement. I agree to release my claims against Verizon Wireless as set forth above, including any and all claims under the Fair Labor Standards Act.**

_____  _____
(Sign your name here)   (Date)

_____  _____
Social Security Number   Former Names (if any)

(\_\_\_\_\_) _____  (\_\_\_\_\_) _____
Area Code   Daytime Phone #   Area Code   Evening Phone #

_____
Email address

**QUESTIONS? CALL [TOLL FREE PHONE NUMBER] OR VISIT [WEBSITE]**