September 26, 2013

**FILED**
OCT - 1 2013
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

*Via USPS First Class Mail*
Clerk of Court's Office
U.S. District Court for Northern Illinois
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: *Cioe and Ped v. Cellco Partnership*, et al, Case Nos. 11-cv-1002 and 11-cv-01851

Dear Clerk of Court:

Please accept this letter as my objection to the proposed class action settlement, the award of excessive attorneys' fees to class counsel, and the Court's approval of the settlement in the above referenced class action lawsuit. The proponents of this settlement have <u>not</u> met their burden to show that the settlement is fair, reasonable, and adequate.

I received notice of this class action lawsuit by mail at my home address, referenced below. I am a member of the class because I was employed at a Verizon Wireless retail sales location in the United States and classified and paid overtime as nonexempt and/or Salary Plus employees at any time from approximately March 2008 to October 2009 at two Verizon retail stores: 5090 Hwy 90 in Pace, Florida 32571 and 2146 W Nine Mile Road in Pensacola, Florida 32534. I was a retail sales person on the floor and then an assistant manager. I believe I am part of the Class and the Subclass, but the notice does not explain the difference very well.

I filed a claim form and was issued this claim form confirmation number: 74651657. I've included a copy of that claim form with this objection.

My name is Amanda Forst. My home address and phone number are 4120 Cooley Drive, Pace, Florida 32571; (850) 380-8825.

I additionally object on the following grounds:

Objection is made to the overall unfairness of this settlement. Objection is made based on the proposed award of attorneys' fees, which is excessive under both a lodestar and a percentage of recovery methodologies. Additional objection is made to the extent of the failure of class counsel to make a detailed attorneys' fee and expense application within a reasonable and adequate amount of time for objectors to evaluate the fee and expense application. Class attorneys stand to collect 33.3% of the $7.721 million dollar settlement fund. This percentage is

1

excessive regardless of the fund amount, but is especially objectionable given the size of this particular fund.

I also object to the awards to class representatives in the amount of $12,500. This amount seems excessive.

Specific objection is made that the proponents of this settlement have not met their burden to show that the settlement is fair, reasonable, and adequate.

I also object to the proponents of the settlement not sustaining their burden of proof on commonality, predominance, superiority and adequacy of class counsel and class representatives under Federal Rule of Civil Procedure 23.

Objection is made to any procedures or requirements to object that require information or documents other than those that are contained herein to the extent that such requirements are unnecessary, unduly burdensome, are calculated to drive down the number and quality of objections to the settlement and violate objectors' due process rights and Rule 23(e)(5).

I also join in and incorporate herein by reference any and all objections filed by other objectors as though set forth in full, to the extent not inconsistent with the specific objections made herein.

I will not attend the fairness hearing.

I am mailing my objections, as indicated above and below, to the court and to the attorneys identified in the notice as required recipients.

Sincerely,

*Amanda Forst*

Amanda Forst

cc: *Via USPS First Class Mail*

Mark Bulgarelli
Progressive Law Group LLC
1 N. LaSalle Street, Suite 2255
Chicago, IL 60602

Elizabeth McRee
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601

2

- 
  - Menu
  - Home
- 
  - Claim Settlement Money
- 
  - Notice of Class Action Settlement
- 
  - FAQs
- 
  - Settlement Documents
- 
  - Deadlines & Dates
- 
  - Contact Us

# Thank You

**Your claim has been submitted.**

Thank you for completing your claim online. Your claim confirmation number is:

## 74651657

A confirmation has also been sent to the email address you provided. If you have any questions, please contact the claims administrator.

PROCESSED BY DAHL ADMINISTRATION