**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

)
)
Plaintiff(s) ) Case No.
v. )
)
Defendant(s)

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

    in favor of plaintiff(s)

    and against defendant(s)

    in the amount of $                 ,

        which    includes    pre–judgment interest.

        does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

    in favor of defendant(s)

    and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

    other:

---

This action was *(check one)*:

tried by a jury with Judge            presiding, and the jury has rendered a verdict.

tried by Judge            without a jury and the above decision was reached.

decided by Judge            on a motion for

Date:                                                                              Thomas G. Bruton, Clerk of Court

                                                                             /s/_____,Deputy Clerk