Amanda Forst, Pro Se
4120 Cooley Drive
Pace, Florida 32571
(850) 380-8825



**FILED**
NOV 19 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**FILED**
11/19/2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JEREMY CIOE and SAROM PED, on behalf of Themselves and all similarly situated persons, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| CELLCO PARTNERSHIP, AIROUCH CELLULAR, and VERIZON WIRELESS TEXAS, LLC, all d/b/a VERIZON WIRELESS, | )<br>)<br>) |
| Defendants. | )<br>) |

No. 1:11-cv-1002

Judge Maria Valdez

NOTICE OF APPEAL

NOTICE is hereby given that Objector Amanda Forst in the above named case hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Order of Final Settlement Approval and Dismissal with Prejudice (Dkt.# 161) and Judgment (Dkt.# 162), both entered on October 29, 2013.

Dated: November 7, 2013

Respectfully submitted,

_Amanda Forst_
By: Amanda Forst, Pro Se Objector

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been forwarded for filing to the Clerk of Court for the Northern District of Illinois, Eastern Division, via USPS First Class mail, postage prepaid.

**PAID**
RECEIPT # 4624 110410
NOV 19 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_Amanda Forst_
Amanda Forst