Amanda Forst, Pro Se
4120 Cooley Drive
Pace, Florida 32571
(850) 380-8825

**FILED**

NOV 19 2013

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

**FILED**
11/19/2013

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **JEREMY CIOE and SAROM PED, on behalf of** ) <br> **Themselves and all similarly situated persons,** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br>   **v.** ) <br> ) <br> **CELLCO PARTNERSHIP, AIROUCH** ) <br> **CELLULAR, and VERIZON WIRELESS** ) <br> **TEXAS, LLC, all d/b/a VERIZON WIRELESS,** ) <br> ) <br>     **Defendants.** ) | **No. 1:11-cv-1002** <br><br> **Judge Maria Valdez** <br><br> **NOTICE OF APPEAL** |

**NOTICE** is hereby given that Objector Amanda Forst in the above named case hereby

appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Order of

Final Settlement Approval and Dismissal with Prejudice (Dkt.# 161) and Judgment (Dkt.# 162),

both entered on October 29, 2013.

Dated: November 7, 2013

Respectfully submitted,

By: _____
     Amanda Forst, Pro Se Objector

## CERTIFICATE OF SERVICE

     I certify that the foregoing document has been forwarded for filing to the Clerk of Court
for the Northern District of Illinois, Eastern Division, via USPS First Class mail, postage
prepaid.

**PAID**
RECEIPT # 4624 110410

NOV 1 9 2013

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

_____
Amanda Forst

## SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 11cv1002

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Amanda Frost/appellant | | Cello Partnership et al//appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Amanda Frost | Name | Elizabeth Bethea McRee |
| Firm | Pro Se | Firm | Jones Day |
| Address | 4120 Cooley Drive Pace, Florida 32571 | Address | 77 West Wacker Suite 3500 Chicago, IL 60601 |
| Phone | 850-380-8825 | Phone | 312-782-3939 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Valdez | Date Filed in District Court | 2/11/2011 |
| Court Reporter | B. Wilson x-5885 | Date of Judgment | 10/29/2013, 10/30/2013 |
| Nature of Suit Code | 710 | Date of Notice of Appeal | 11/19/2013 |

COUNSEL:         Appointed [  ]         Retained [  ]         Pro Se [ X ]

FEE STATUS:         Paid [ X ]         Due [  ]         IFP [  ]

IFP Pending [  ]         U.S. [  ]         Waived [  ]

Has Docketing Statement been filed with the District Court Clerk's Office?         Yes [  ]         No [ X ]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [  ]         Denied [  ]         Pending [  ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Jeremy Cioe, et al.

                    Plaintiff,

v.

Cellco Partnership, et al.

                    Defendant.

Case No.: 1:11−cv−01002
Honorable Maria Valdez

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 29, 2013:

      MINUTE entry before Honorable Maria Valdez: Fairness and Motion Hearing held on 10/29/2013. The Motion for Final Approval of Class Action Settlement [158] is granted. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY CIOE and SAROM PED, on behalf of themselves and all similarly situated persons, | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-1002 |
| v. | ) ) | Judge Maria Valdez |
| CELLCO PARTNERSHIP, AIRTOUCH CELLULAR, and VERIZON WIRELESS TEXAS, LLC, all d/b/a VERIZON WIRELESS, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER OF FINAL SETTLEMENT
APPROVAL AND DISMISSAL WITH PREJUDICE**

WHEREAS, on May 1, 2013, the Court entered its Order of Preliminary Approval, Notice to the Settlement Class, and Conditional Certification (Doc. #139) (the "Preliminary Order");

WHEREAS, individual notice complying with Fed. R. Civ. Pr. 23 was sent to the last-known address of each member of the Settlement Class, and follow-up procedures outlined in the Agreement and Stipulation of Settlement and Release made and entered into on April 15, 2013 ("Settlement Agreement"), filed with the Court on April 16, 2013 (Doc. #133-1), and approved by the Preliminary Order have been completed;

WHEREAS, counsel for the parties have reported that there have been fifteen (15) timely requests for exclusion from the Settlement Class;

WHEREAS, one (1) objection to the settlement was made by a member of the Settlement Class;

WHEREAS, a hearing on final approval of the settlement was held before the Court on October 29, 2013;

WHEREAS, the Court, being advised, finds that good cause exists for entry of the below Order; and

WHEREAS, upon consideration of the record and submissions in support of settlement approval, class certification, and issuance of notice to the Settlement Class, and on the basis of the Court's knowledge of the proceedings;

IT IS HEREBY FOUND, ORDERED, ADJUDGED AND DECREED THAT:

1.      The sole objection to the Settlement Class fails to identify any specific bases for the objections and merely states that the objector disagrees that the settlement is fair, reasonable, or adequate, or that the elements of a class action have been met. The objection is therefore overruled.

2.      Unless otherwise provided herein, all capitalized terms in this Order shall have the same meaning as set forth in the Settlement Agreement, previously filed with the Court, and thus, references to the Settlement Class include members of the Settlement Subclass.

3.      The Court finds that notice to the Settlement Class has been completed in conformity with the Preliminary Order and the Court's subsequent order of July 25, 2013 (Doc. #151), and as further ordered in open court at the July 25, 2013 status hearing, directing that the second revised notice be mailed to the Settlement Class and setting a date for the final approval hearing.  The Court finds that this notice was the best notice practicable under the circumstances, that it provided due and adequate notice of the proceedings and of the matters set forth therein, and that it fully satisfies all applicable requirements of law and due process.

4.    The settlement of this class and collective action on the terms set forth in the Settlement Agreement, which is specifically incorporated herein by reference and attached hereto as Exhibit 1, is approved as being fair, adequate and reasonable in light of the degree of recovery obtained in relation to the significant risks faced by the Settlement Class in litigating the claims. The Settlement Class and Subclass are properly certified as a class as part of this settlement. The relief with respect to the Settlement Class is appropriate, as to the individual members of the Settlement Class and as a whole.

5.    Subject to exclusions below, the Settlement Class is defined as: all persons employed in a Verizon Wireless retail sales location in the United States (i.e., a store, kiosk, or in-store location) who were classified and paid overtime as a nonexempt or Salary Plus employee at any time from March 16, 2008 to and including February 15, 2013. Subject to exclusions below, the Settlement Subclass is defined as: all persons employed in a Verizon Wireless retail sales location in the United States (i.e., a store, kiosk, or in-store location) who were classified and paid overtime as a Salary Plus employee at any time from March 16, 2008 to and including February 15, 2013.

5.    The following job codes and titles are covered by the Settlement:

| V51232 | APPRENTICE 1-RETAIL SALES |
|---|---|
| 65302 | APPRENTICE 2-RETAIL SALES |
| 65303 | APPRENTICE 3-RETAIL SALES |
| 65304 | APPRENTICE 4-RETAIL SALES |
| 65318N; 65318P | APPRENTICE 4-ARSM |
| 65041N; 65041P; 65042N; 65042P; 65043N; 65043P; A5043P; TC043P | ASSISTANT MGR-RETAIL SALES |
| V51098 | ASST-RETAIL SALES OPS |
| V51158; TC1158 | GREETER |
| V51103; TC1103; TC2103 | REP-RETAIL CUST SUPPORT |
| 65045; Z65045; TC1045; TC2045; TC3045; TC4045; M65045; P65045; A15045; A25045 | REP-RETAIL SALES |
| 10847 | REP-RETAIL SERVICE |

| | TECHNICIAN |
|---|---|
| 65343N; 65344P | SPECIALIST-SMB (A) |
| 65345N; 65346P | SPECIALIST-SMB (B) |
| 65347N; 65348P | SPECIALIST-SMB (C) |
| 65044; A65044 | SR REP-RETAIL SALES |
| 65067; P65067 | SUPV-RETAIL SALES |
| 10259 | SUPV-SALES OPS-RETAIL |

6.      The following are excluded from this Settlement:

▪ Claims, judgments or settlements for work performed at call center locations serving Verizon Wireless customers or customers of any Released Party or where Verizon Wireless sales or service has been provided primarily via telephone, internet or other virtual means rather than in person.

▪ Claims, judgments or settlements for work performed for resellers of Verizon Wireless products or services.

▪ Any claim, judgment or settlement in the lawsuit, *Atzimba Cisneros v. Cellco Partnership*, Case No. JCCP 4693, pending in the California Superior Court for Los Angeles County, on behalf of class members in California, except such claims, judgments, or settlements concerning the calculation or untimely or insufficient payment of paid overtime adjustments to the regular rate of pay based upon commission, bonus or other incentive compensation, and retroactive deductions of overtime recorded by Class Members as worked.

▪ Persons who were members of a previous settlement class concerning claims of unpaid compensation in the lawsuit *Garnica v. Cellco Partnership et al*., Case No 08-476827, resolved in the California Superior Court for San Francisco County, and who worked at one or more Verizon Wireless retail locations and time periods that are covered entirely by the *Garnica* settlement. Class and Subclass Members whose periods of employment concerning allegedly unpaid compensation are released partially by *Garnica* will only be included in this

4

Settlement to the extent they worked at a Verizon Wireless retail sales location during a period not covered by the *Garnica* settlement. In such a case, an individual's recovery of benefits under this Settlement will be pro-rated by excluding the amount of time worked at a Verizon Wireless retail location that is released by the *Garnica* settlement.

▪ Current and former officers of each of the Defendants, Defendants' counsel, Plaintiffs' counsel, and any member of the judiciary presiding over this action.

7. The members of the Settlement Class for whom the Settlement Administrator in this action issued a Notice of Class Action and Proposed Settlement and Settlement Hearing are bound by the terms of the Settlement Agreement, and shall conclusively be deemed to have released all settled claims as described in the Settlement Agreement, which provides: "Subject to the Exclusions below, upon the final approval by the Court of this Settlement, and except as to such rights or claims as may be created by this Settlement, the Settlement Class defined above and each Class Member who has not submitted a valid and timely Request for Exclusion from this class action Settlement on their behalf, and on behalf of their respective current, former and future heirs, spouses, executors, administrators, agents, and attorneys, fully release and discharge Cellco Partnership d/b/a Verizon Wireless, Verizon Wireless Texas, LLC d/b/a Verizon Wireless, and AirTouch Cellular d/b/a Verizon Wireless, and each of their present and former parent companies, subsidiaries, related or affiliated companies, shareholders, officers, directors, employees, members, managers, co-joint venturer, fiduciaries, trustees, employee benefit plan administrators, agents, attorneys, insurers, successors and assigns, and all persons or entities acting by, through, under or in concert with any of them, and any individual or entity which could be jointly liable with Cellco Partnership d/b/a Verizon Wireless, Verizon Wireless Texas, LLC d/b/a Verizon Wireless, and/or AirTouch Cellular d/b/a Verizon Wireless, (collectively, the

"Released Parties") from any and all claims, debts, losses, demands, obligations, liabilities, penalties, causes of action, charges, grievances, complaints or suits of any type or nature, known and/or unknown, suspected and/or unsuspected which relate to nonpayment or inaccurate payment by any Released Parties of employee overtime compensation as described in this paragraph below as the Released Claims, under any federal, state or local law – inclusive of the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq., only insofar as individuals have opted-in to this settlement and timely and validly completed a Claim and Opt-In Form – arising from the Class Members' employment at a Verizon Wireless retail sales location in the United States at any time from March 16, 2008 to February 15, 2013, concerning retroactive deductions of overtime recorded by Class Members as worked and calculation or payment of overtime adjustments to the regular rate of pay based upon commission, bonus or other incentive compensation and time worked in whole or in part between March 16, 2008 and February 15, 2013, including without limitation all claims for restitution and other equitable relief, liquidated damages, compensatory damages, punitive damages, overtime wages, penalties of any nature whatsoever, attorneys' fees and costs, whether known or unknown (collectively, the "Released Claims")." Exhibit 1, Settlement Agreement at ¶ 16(A).

8.     The members of the Settlement Subclass for whom the Settlement Administrator in this action issued a Notice of Class Action and Proposed Settlement and Settlement Hearing are bound by the terms of the Settlement Agreement, and shall conclusively be deemed to have released all settled claims as described in the Settlement Agreement, which provides: "Subject to the Exclusions below, upon the final approval by the Court of this Settlement, and except as to such rights or claims as may be created by this Settlement, the Settlement Subclass defined above and each Subclass Member who has not submitted a valid and timely Request for

6

Exclusion from this class action Settlement on their behalf, and on behalf of their respective current, former and future heirs, spouses, executors, administrators, agents, and attorneys, fully release and discharge each of the "Released Parties" described in the paragraph above, from any and all claims, debts, losses, demands, obligations, liabilities, penalties, causes of action, charges, grievances, complaints or suits of any type or nature, known and/or unknown, suspected and/or unsuspected which relate to nonpayment or inaccurate payment, by any Released Parties, of employee overtime compensation as described in this paragraph below as the released subclass claims for the Subclass, under any federal, state or local law – inclusive of the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq., only insofar as individuals have opted-in to this settlement and timely and validly completed a Claim and Opt-In Form – arising from the Subclass Members' employment at a Verizon Wireless retail sales location in the United States at any time from March 16, 2008 to February 15, 2013, concerning the calculation of overtime pay rates under the fluctuating workweek method of overtime compensation, and the payment of overtime at a half-time rate, for employees classified as "Salary Plus," including without limitation all claims for restitution and other equitable relief, liquidated damages, compensatory damages, punitive damages, overtime wages, penalties of any nature whatsoever, attorneys' fees and costs, whether known or unknown (collectively, the "Released Subclass Claims")." Exhibit 1, Settlement Agreement at ¶ 16(B).

9.       The aforesaid releases of settled claims shall not extend to any of the following exclusions as described in the Settlement Agreement, which provides: "The following persons and claims are excluded from this Release and all of the Released Claims and Released Subclass Claims set forth above:

▪   Claims, judgments or settlements for work performed at call center locations serving

Verizon Wireless customers or customers of any Released Party or where Verizon Wireless sales or service has been provided primarily via telephone, internet or other virtual means rather than in person.

- Claims, judgments or settlements for work performed for resellers of Verizon Wireless products or services.

- Any claim, judgment or settlement in the lawsuit, *Atzimba Cisneros v. Cellco Partnership,* Case No. JCCP 4693, pending in the California Superior Court for Los Angeles County, on behalf of class members in California, except such claims, judgments, or settlements concerning the calculation or untimely or insufficient payment of paid overtime adjustments to the regular rate of pay based upon commission, bonus or other incentive compensation, and retroactive deductions of overtime recorded by Class Members as worked.

- Persons who were members of a previous settlement class concerning claims of unpaid compensation in the lawsuit *Garnica v. Cellco Partnership et al.*, Case No. 08-476827, resolved in the California Superior Court for San Francisco County, and who worked at one or more Verizon Wireless retail locations and time periods that are covered entirely by the *Garnica* settlement. Class and Subclass Members whose periods of employment concerning allegedly unpaid compensation are released partially by *Garnica* will only be included in this Settlement to the extent they worked at a Verizon Wireless retail sales location during a period not covered by the *Garnica* settlement. In such a case, an individual's recovery of benefits under this Settlement will be pro-rated by excluding the amount of time worked at a Verizon Wireless retail location that is released by the *Garnica* settlement.

8

- Current and former officers of each of the Defendants, Defendants' counsel, Plaintiffs' counsel, and any member of the judiciary presiding over this action.

- This Release does not waive, release or modify any Class Member's vested benefits under any ERISA plan, such as a Class Member's vested rights under a pension plan."

Exhibit 1, Settlement Agreement at ¶ 16(C).

10.    Plaintiffs Jeremy Cioe and Sarom Ped shall conclusively be deemed to have released claims as described in paragraph 17(A) of the Settlement Agreement.

11.    Cellco Partnership d/b/a Verizon Wireless, Verizon Wireless Texas, LLC d/b/a Verizon Wireless, AirTouch Cellular d/b/a Verizon Wireless, and each of the Released Parties described in the Settlement Agreement, are bound by the terms of the Settlement Agreement and shall conclusively be deemed to have released claims as described in paragraph 17(B) of the Settlement Agreement.

12.    Neither this Order nor any aspect of this settlement is to be construed or deemed an admission of liability, culpability, negligence or wrongdoing on the part of Defendants.  In particular, and without limiting the generality of the foregoing, nothing in this Order or in this settlement shall be offered or construed as an admission of, or evidence of, liability, wrongdoing, impropriety, responsibility or fault whatsoever by Defendants or their employees and agents.  In addition, and also without limiting the generality of the foregoing, nothing about this Order of the settlement shall be offered or construed as an admission or evidence of the propriety or feasibility of certifying a class in this action or any other action for adversarial, rather than settlement, purposes.

13.    The Court approves Class Counsel's request for attorneys' fees and expenses equal to thirty three and one third percent (33 1/3%) of the maximum total payment under the

Settlement Fund, with the maximum total payment under the Settlement Fund being Seven Million Seven Hundred and Twenty-One Thousand Dollars ($7,721,000.00) plus any interest that has accrued on that amount.

14.     The Court approves the Class Counsel's request for payments to the Named Plaintiffs for their services as class representatives and their complete releases of claims against Defendants, in addition to the amounts that Named Plaintiff's will receive as class members under the terms of the Settlement Agreement, in the amounts of: $12,500.00 each to Jeremy Cioe and Sarom Ped. These amounts shall be paid as provided in the Settlement Agreement.

15.     The parties and Settlement Administrator are directed to consummate the terms and provisions of the settlement, and all payments provided under the Settlement Agreement are to be distributed in the manner and schedule set forth in the Settlement Agreement.

16.     Any and all objections to the final approval of this settlement are hereby overruled.

17.     The Clerk shall enter final judgment dismissing this action on the merits with prejudice and without costs or attorney fees to any party, other than as provided in the Settlement Agreement and as set forth in this Order.  The claims that are thereby dismissed shall include all claims encompassed by the release set out in the Settlement Agreement.

18.     However, dismissal of this case is without prejudice to the rights of the parties to enforce the terms of the Settlement Agreement.  Without affecting the finality of this Order, or the judgment to be entered pursuant hereto, in any way, the Court retains jurisdiction over this matter for purposes of resolving any disputes which may arise under the Settlement Agreement as set forth in paragraph 21(f) of the Settlement Agreement.

**SO ORDERED.**                          **ENTERED:**


**DATE:**   October 29, 2013            _____
                                        **HON. MARIA VALDEZ**
                                        **United States Magistrate Judge**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| Plaintiff(s) | ) | Case No. |
| v. | ) |  |
|  | ) |  |
| Defendant(s) |  |  |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

        in favor of plaintiff(s)

        and against defendant(s)

        in the amount of $             ,

               which    includes       pre–judgment interest.

                       does not include pre–judgment interest.

    Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

    Plaintiff(s) shall recover costs from defendant(s).

---

        in favor of defendant(s)

        and against plaintiff(s)

    Defendant(s) shall recover costs from plaintiff(s).

---

        other:

---

This action was *(check one)*:

        tried by a jury with Judge                  presiding, and the jury has rendered a verdict.

        tried by Judge                  without a jury and the above decision was reached.

        decided by Judge                  on a motion for

Date:                               Thomas G. Bruton, Clerk of Court

                               /s/_____,Deputy Clerk

APPEAL,CASREF,VALDEZ

**United States District Court**
**Northern District of Illinois - CM/ECF LIVE, Ver 5.1.1 (Chicago)**
**CIVIL DOCKET FOR CASE #: 1:11-cv-01002**
**Internal Use Only**

| | |
|---|---|
| Cioe v. Verizon Communications, Inc. et al | Date Filed: 02/11/2011 |
| Assigned to: Honorable Maria Valdez | Jury Demand: Both |
| related Case: 1:11-cv-01851 | Nature of Suit: 710 Labor: Fair Standards |
| Cause: 15:2(a) Fair Labor Standards Act | Jurisdiction: Federal Question |

**Plaintiff**

**Jeremy Cioe**
*on behalf of himself and all similarly situated persons*

represented by **Ilan Chorowsky**
Progressive Law Group LLC
1 N. LaSalle
Suite 2255
Chicago, IL 60602
312-787-2717
Fax: 888-574-9038
Email: ilan@progressivelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robin B. Potter**
Robin Potter & Associates P.C.
111 East Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 861-1800
Fax: (312) 861-3009
Email: robin@potterlaw.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Stepick , IV**
Progressive Law Group LLC
1 N. Lasalle St.
Suite 2255
Chicago, IL 60602
(312) 787-2717 ext. 314
Email: alex@progressivelaw.com
*ATTORNEY TO BE NOTICED*

**Lindsey Erin Goldberg**
Progressive Law Group, LLC
505 N. LaSalle Street
Suite 350
Chicago, IL 60654
(312) 787-2717
Fax: (888) 574-9038
Email: lindsey@progressivelaw.com
*TERMINATED: 03/07/2012*

**Maria De Las Nieves Bolanos**
Robin Potter & Associates
111 E. Wacker Dr., Ste. 2600
Chicago, IL 60601
(312) 861-1800
Email: nieves@potterlaw.org
*ATTORNEY TO BE NOTICED*

**Mark Anthony Bulgarelli**
Progressive Law Group LLC
1 N. LaSalle Street
Suite 2255
Chicago, IL 60602
(312) 787-2717
Email: markb@progressivelaw.com
*ATTORNEY TO BE NOTICED*

**Patrick James Blum**
The Progressive Law Group
505 N. LaSalle Blvd.
Suite 350
Chicago, IL 60654
312 787 2717
Email: pjblum@progressivelaw.com
*TERMINATED: 09/09/2011*

**Stacey L. Scanlon**
U.S. Department of Labor, Office of the Solicitor
230 S. Dearborn St.
Room 844
Chicago, IL 60604
312-353-6990
Fax: 312-353-5698
Email: scanlon.stacey.l@dol.gov
*TERMINATED: 11/29/2012*

**Plaintiff**

**Sarom Ped**
*on behalf of himself and all similarly situated persons*

represented by **Mark Anthony Bulgarelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Verizon Communications, Inc.**
*TERMINATED: 06/28/2011*
*doing business as*
Verizon Wireless

represented by **Elizabeth Bethea McRee**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
(312)782-3939
Email: emcree@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cellco Partnership**
*doing business as*
Verizon Wireless

represented by **Stanley Weiner**
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
Email: sweiner@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Bethea McRee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emmy Hong Koh**
Jones Day
77 West Wacker
Chicago, IL 60601
312 269 4269
Email: ekoh@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Airtouch Cellular**

represented by **Elizabeth Bethea McRee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Wireless Texas, LLC**

represented by **Elizabeth Bethea McRee**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|

| | | |
|---|---|---|
| 02/11/2011 | 1 | COMPLAINT filed by Jeremy Cioe; JURY DEMAND. Filing fee $ 350, receipt number 0752-5699572.(Chorowsky, Ilan) (Entered: 02/11/2011) |
| 02/11/2011 | 2 | CIVIL Cover Sheet (Chorowsky, Ilan) (Entered: 02/11/2011) |
| 02/11/2011 | 3 | ATTORNEY Appearance for Plaintiff Jeremy Cioe by Ilan Chorowsky (Chorowsky, Ilan) (Entered: 02/11/2011) |
| 02/11/2011 | 4 | ATTORNEY Appearance for Plaintiff Jeremy Cioe by Lindsey Erin Goldberg (Goldberg, Lindsey) (Entered: 02/11/2011) |
| 02/11/2011 | | CASE ASSIGNED to the Honorable Sharon Johnson Coleman. Designated as Magistrate Judge the Honorable Maria Valdez. (nsf, ) (Entered: 02/11/2011) |
| 02/28/2011 | 5 | ATTORNEY Appearance for Plaintiff Jeremy Cioe by Robin B. Potter (Potter, Robin) (Entered: 02/28/2011) |
| 02/28/2011 | 6 | ATTORNEY Appearance for Plaintiff Jeremy Cioe by Maria De Las Nieves Bolanos (Bolanos, Maria) (Entered: 02/28/2011) |
| 03/08/2011 | 7 | NOTICE by Jeremy Cioe (Attachments: # 1 Exhibit A)(Chorowsky, Ilan) (Entered: 03/08/2011) |
| 04/12/2011 | 8 | ATTORNEY Appearance for Plaintiff Jeremy Cioe by Mark Anthony Bulgarelli (Bulgarelli, Mark) (Entered: 04/12/2011) |
| 04/25/2011 | 9 | ATTORNEY Appearance for Defendant Cellco Partnership by Elizabeth Bethea McRee (McRee, Elizabeth) (Entered: 04/25/2011) |
| 04/25/2011 | 10 | MOTION by Defendant Cellco Partnership for extension of time to file answer (McRee, Elizabeth) (Entered: 04/25/2011) |
| 04/25/2011 | 11 | NOTICE of Motion by Elizabeth Bethea McRee for presentment of motion for extension of time to file answer 10 before Honorable Sharon Johnson Coleman on 4/28/2011 at 08:45 AM. (McRee, Elizabeth) (Entered: 04/25/2011) |
| 04/25/2011 | 12 | STIPULATION *and Tolling Agreement* (McRee, Elizabeth) (Entered: 04/25/2011) |
| 04/28/2011 | 13 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: discovery motion(s) and discovery supervision.(keg, )Mailed notice. (Entered: 04/28/2011) |
| 04/28/2011 | 14 | ORDER Signed by the Honorable Sharon Johnson Coleman on 4/28/2011: The Court has reviewed and approves of the Stipulation and Tolling Agreement of the parties filed on April 25, 2011, and hereby enters it. Mailed notice(keg, ) (Entered: 04/29/2011) |
| 04/28/2011 | 15 | MINUTE entry before Honorable Sharon Johnson Coleman:Motion hearing held on 4/28/2011. Joint motion for extension of time is granted 10 until 5/27/2011. Rule 26 disclosure to be filed within 14 days of answer being filed. Status hearing set for 6/24/2011 at 9:00 a.m. Mailed notice (keg, ) (Entered: 05/03/2011) |
| 04/28/2011 | 16 | MINUTE entry before Honorable Sharon Johnson Coleman:Entry 13 is amended to remove "discovery motions and discovery supervision" and replaced with "for settlement conference." Mailed notice (keg, ) (Entered: 05/03/2011) |
| 05/03/2011 | 17 | MINUTE entry before Honorable Maria Valdez: This case has been referred to Judge Valdez to conduct a settlement conference. Judge Valdez requires full compliance with the Court's Standing Order of Settlement Conference found on the Judge's website available at www.ilnd.uscourts.gov. The parties shall jointly contact the courtroom deputy, Yolanda Pagan, at 312/408-5135 with mutually agreeable dates or appear at 9:30 a.m. on 5/12/11 to set a settlement conference date. Because of the volume of settlement conferences conducted by Judge Valdez, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship.Mailed notice (yp, ) (Entered: 05/03/2011) |
| 05/12/2011 | 18 | MINUTE entry before Honorable Maria Valdez: Magistrate Judge Status hearing held; continued to 6/2/2011 at 09:00 AM. to set a settlement conference date. Mailed notice (ac, ) (Entered: 05/12/2011) |
| 05/13/2011 | 19 | MINUTE entry before Honorable Maria Valdez: The order dated 5/12/11 is amended to read: Status hearing held; continued to 6/2/2011 at 09:30 AM. to set a settlement conference date. Mailed notice (ac, ) (Entered: 05/13/2011) |
| 05/13/2011 | 20 | SUMMONS Issued as to Defendant Verizon Communications, Inc. (mjc, ) (Entered: 05/16/2011) |
| 05/18/2011 | 21 | MOTION by Defendant Cellco Partnership for protective order (Attachments: # 1 Stipulated Protective Order)(McRee, Elizabeth) (Entered: 05/18/2011) |
| 05/18/2011 | 22 | NOTICE of Motion by Elizabeth Bethea McRee for presentment of motion for protective order 21 before Honorable Sharon Johnson Coleman on 5/24/2011 at 08:45 AM. (McRee, Elizabeth) (Entered: 05/18/2011) |
| 05/23/2011 | 23 | MINUTE entry before Honorable Sharon Johnson Coleman:Defendant's motion for entry of stipulated protective order 21 is granted. No court appearance is necessary on 5/24/2011.Mailed notice (keg, ) (Entered: 05/23/2011) |
| 05/23/2011 | 24 | MOTION by Defendant Cellco Partnership for extension of time to file answer regarding complaint 1 (McRee, Elizabeth) (Entered: 05/23/2011) |
| 05/23/2011 | 25 | NOTICE of Motion by Elizabeth Bethea McRee for presentment of motion for extension of time to file answer, motion for relief 24 before Honorable Sharon Johnson Coleman on 5/26/2011 at 08:45 AM. (McRee, Elizabeth) (Entered: 05/23/2011) |
| 05/23/2011 | 26 | STIPULATION *and Tolling Agreement* (McRee, Elizabeth) (Entered: 05/23/2011) |
| 05/25/2011 | 27 | MINUTE entry before Honorable Sharon Johnson Coleman:Defendant's unopposed motion 24 for an extension of time to answer or otherwise plead is granted. Defendant shall file its answer or other pleading in response to the plaintiff's complaint by 6/27/2011. No court appearance is necessary on 5/26/2011. Mailed notice (keg, ) (Entered: 05/25/2011) |
| 06/01/2011 | 28 | MINUTE entry before Honorable Maria Valdez: This matter is hereby set before Judge Valdez on 6/2/11 at 9:30 a.m. for status to set settlement conference date. Mailed notice (yp, ) (Entered: 06/01/2011) |
| 06/01/2011 | 29 | ATTORNEY Appearance for Plaintiff Jeremy Cioe by Stacey Lynn Scanlon (Scanlon, Stacey) (Entered: 06/01/2011) |

| | | |
|---|---|---|
| 06/02/2011 | 30 | MINUTE entry before Honorable Maria Valdez:Magistrate Judge Status hearing held on 6/2/2011 to set settlement conference date. Parties wish to set a settlement conference date after the answer has been filed. Status hearing continued to 8/9/2011 at 09:30 AM. for setting of settlement conference. Mailed notice (yp, ) (Entered: 06/03/2011) |
| 06/07/2011 | 31 | MOTION by Defendant Verizon Communications, Inc. for extension of time to file answer regarding complaint 1 (McRee, Elizabeth) (Entered: 06/07/2011) |
| 06/07/2011 | 32 | NOTICE of Motion by Elizabeth Bethea McRee for presentment of motion for extension of time to file answer, motion for relief 31 before Honorable Sharon Johnson Coleman on 6/16/2011 at 08:45 AM. (McRee, Elizabeth) (Entered: 06/07/2011) |
| 06/15/2011 | 33 | MINUTE entry before Honorable Sharon Johnson Coleman:Motion by defendant Verizon Communications Inc. 31 for an extension of time to answer or otherwise plead is granted. Defendant Verizon Communications Inc. shall file its answer or other pleading in response to the complaint by 6/29/2011. No court appearance is necessary on 6/16/2011.Mailed notice (keg, ) (Entered: 06/15/2011) |
| 06/23/2011 | 34 | MOTION by Defendant Cellco Partnership for extension of time to file answer regarding complaint 1 (McRee, Elizabeth) (Entered: 06/23/2011) |
| 06/23/2011 | 35 | NOTICE of Motion by Elizabeth Bethea McRee for presentment of motion for extension of time to file answer, motion for relief 34 before Honorable Sharon Johnson Coleman on 6/28/2011 at 08:45 AM. (McRee, Elizabeth) (Entered: 06/23/2011) |
| 06/23/2011 | 36 | STIPULATION and Tolling Agreement (McRee, Elizabeth) (Entered: 06/23/2011) |
| 06/24/2011 | 37 | MINUTE entry before Honorable Sharon Johnson Coleman:Status hearing held on 6/24/2011 and continued to 8/12/2011 at 9:00 a.m.Mailed notice (keg, ) (Entered: 06/24/2011) |
| 06/27/2011 | 38 | MINUTE entry before Honorable Sharon Johnson Coleman:Motion by defendant Cellco Partnership for an extension of time to answer or otherwise plead 34 is granted. Cellco Partnership shall file its answer or other pleading in response to the complaint by 8/15/2011. No court appearance is necessary on 6/28/2011.Mailed notice (keg, ) (Entered: 06/27/2011) |
| 06/28/2011 | 39 | STIPULATION (Chorowsky, Ilan) (Entered: 06/28/2011) |
| 07/12/2011 | 40 | ATTORNEY Appearance for Plaintiff Jeremy Cioe by Patrick James Blum (Blum, Patrick) (Entered: 07/12/2011) |
| 07/18/2011 | 41 | MINUTE entry before Honorable Maria Valdez: On Court's own motion, status hearing set for 8/9/11 is hereby stricken and reset for 8/16/2011 at 09:30 a.m. to set settlement conference date.Mailed notice (yp, ) (Entered: 07/18/2011) |
| 08/11/2011 | 42 | MOTION by Defendant Cellco Partnership for extension of time to file answer regarding complaint 1 (McRee, Elizabeth) (Entered: 08/11/2011) |
| 08/11/2011 | 43 | NOTICE of Motion by Elizabeth Bethea McRee for presentment of motion for extension of time to file answer, motion for relief 42 before Honorable Sharon Johnson Coleman on 8/16/2011 at 08:45 AM. (McRee, Elizabeth) (Entered: 08/11/2011) |
| 08/11/2011 | 44 | STIPULATION and Tolling Agreement (McRee, Elizabeth) (Entered: 08/11/2011) |
| 08/12/2011 | 45 | MINUTE entry before Honorable Sharon Johnson Coleman:Status hearing held on 8/12/2011 and continued to 10/14/2011 at 9:00 a.m. Defendant's agreed motion for extension of time to answer or otherwise plead 42 is granted to 9/15/2011. This is the final extension. Parties need not appear on 8/16/2011. Mailed notice (keg, ) (Entered: 08/12/2011) |
| 08/15/2011 | 46 | MINUTE entry before Honorable Maria Valdez: On June 2, 2011, Parties agreed to set a settlement conference after defendant's answer was filed. Pursuant to District Court's order dated 8/12/11 (Document no. 45 ), status hearing set for 8/16/11 is hereby stricken. Status hearing is reset for 9/20/2011 at 09:30 AM. Parties may jointly contact Yolanda Pagan at 312-408-5135 prior to 9/20/11 to set a settlement conference date. Mailed notice (yp, ) (Entered: 08/15/2011) |
| 09/09/2011 | 47 | WITHDRAWING Patrick J. Blum as counsel for Plaintiff Jeremy Cioe and substituting Alex Stepick, Iv as counsel of record (Stepick, Alex) (Entered: 09/09/2011) |
| 09/09/2011 | 48 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6364558. (Weiner, Stanley) (Entered: 09/09/2011) |
| 09/12/2011 | 49 | ATTORNEY Appearance for Defendant Cellco Partnership by Emmy Hong Koh (Koh, Emmy) (Entered: 09/12/2011) |
| 09/15/2011 | 50 | ANSWER to Complaint by Cellco Partnership (Attachments: # 1 Corporate Disclosure Statement)(Koh, Emmy) (Entered: 09/15/2011) |
| 09/20/2011 | 51 | MINUTE entry before Honorable Maria Valdez:Magistrate Judge Status hearing held on 9/20/2011. Parties agree to proceed with some discovery issues before setting a settlement conference. Status hearing continued to 10/20/2011 at 09:30 a.m. to set settlement conference date. Mailed notice (yp, ) (Entered: 09/21/2011) |
| 09/24/2011 | 52 | STIPULATION and Tolling Agreement (Bulgarelli, Mark) (Entered: 09/24/2011) |
| 10/14/2011 | 53 | MINUTE entry before Honorable Sharon Johnson Coleman:Status hearing held on 10/14/2011. Rule 26 disclosures to be filed by 11/4/2011. Status hearing set for 12/12/2011 at 09:00 AM.Mailed notice (keg, ) (Entered: 10/14/2011) |
| 10/19/2011 | 54 | STIPULATION and Tolling Agreement (Bulgarelli, Mark) (Entered: 10/19/2011) |
| 10/20/2011 | 55 | MINUTE entry before Honorable Maria Valdez:Magistrate Judge Status hearing held on 10/20/2011 and continued to 12/6/2011 at 09:30 a.m. regarding settlement discussions. If not settlement has been reached, the parties shall be prepared to set settlement conference date at the next status hearing. Mailed notice (yp, ) (Entered: 10/24/2011) |
| 12/02/2011 | 56 | STIPULATION and Tolling Agreement (Bulgarelli, Mark) (Entered: 12/02/2011) |

| | | |
|---|---|---|
| 12/06/2011 | 57 | MINUTE entry before Honorable Maria Valdez:Magistrate Judge Status hearing held on 12/6/2011 and continued to 1/24/2012 at 09:30 AM. Parties report to the Court that discussions on documents for settlement are on going. Mailed notice (yp, ) (Entered: 12/06/2011) |
| 12/12/2011 | 58 | MINUTE entry before Honorable Sharon Johnson Coleman:Status hearing held on 12/12/2011 and continued to 2/17/2012 at 09:00 AM.Mailed notice (keg, ) (Entered: 12/12/2011) |
| 01/04/2012 | 59 | STIPULATION *and Tolling Agreement* (Bulgarelli, Mark) (Entered: 01/04/2012) |
| 01/24/2012 | 60 | MINUTE entry before Honorable Maria Valdez:Magistrate Judge Status hearing held on 1/24/2012. Status hearing continued to 3/6/2012 at 9:30 a.m. Parties continue to discuss settlement negotiations. Mailed notice (yp, ) (Entered: 01/24/2012) |
| 02/09/2012 | 61 | STIPULATION *and tolling agreement* (Bulgarelli, Mark) (Entered: 02/09/2012) |
| 02/17/2012 | 62 | MINUTE entry before Honorable Sharon Johnson Coleman: Status hearing held on 2/17/2012. Referral for discovery supervision and settlement before Magistrate JudgeValdez is terminated. Status on discovery and settlement before this Court set for 3/30/2012 at 9:00 a.m. Judge Honorable Maria Valdez no longer referred to the case. Mailed notice (mjc, ) (Entered: 02/21/2012) |
| 02/27/2012 | 63 | MOTION by counsel for Plaintiff Jeremy Cioe to withdraw as attorney (Goldberg, Lindsey) (Entered: 02/27/2012) |
| 02/27/2012 | 64 | NOTICE of Motion by Lindsey Erin Goldberg for presentment of motion to withdraw as attorney 63 before Honorable Sharon Johnson Coleman on 3/8/2012 at 08:45 a.m. (Goldberg, Lindsey) (Entered: 02/27/2012) |
| 03/05/2012 | 65 | MINUTE entry before Honorable Maria Valdez: Pursuant to District Court's order dated 2/17/12 doc. no. 62 , status hearing set for 3/6/12 before Judge Valdez is stricken. Mailed notice (yp, ) (Entered: 03/05/2012) |
| 03/05/2012 | 66 | STIPULATION *and Tolling Agreement* (Bulgarelli, Mark) (Entered: 03/05/2012) |
| 03/07/2012 | 67 | MINUTE entry before Honorable Sharon Johnson Coleman: Plaintiff's motion to withdraw Lindsey E. Goldberg as counsel 63 is granted. Attorney Lindsey Erin Goldberg terminated.Mailed notice (mjc, ) (Entered: 03/08/2012) |
| 03/30/2012 | 68 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: settlement conference.(keg, )Mailed notice. (Entered: 03/30/2012) |
| 03/30/2012 | 69 | MINUTE entry before Honorable Sharon Johnson Coleman:Status hearing held on 3/30/2012. Case is referred to Magistrate Judge Valdez for settlement conference. Status hearing before this court set for 6/25/2012 at 09:00 AM.Mailed notice(keg, ) (dl, ). (Entered: 03/30/2012) |
| 04/02/2012 | 70 | NOTICE of Correction regarding document number 69 . (dl, ) (Entered: 04/02/2012) |
| 04/02/2012 | 71 | MINUTE entry before Honorable Maria Valdez: This case has been referred to Judge Valdez to conduct a settlement conference. Judge Valdez requires full compliance with the Court's Standing Order of Settlement Conference found on the Judge's website available at www.ilnd.uscourts.gov. The parties shall jointly contact the courtroom deputy, Yolanda Pagan, at 312/408-5135 with mutually agreeable dates or appear at 9:30 a.m. on 4/12/12 to set a settlement conference date. Because of the volume of settlement conferences conducted by Judge Valdez, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship.Mailed notice (yp, ) (Entered: 04/02/2012) |
| 04/06/2012 | 72 | STIPULATION *and tolling agreement* (Bulgarelli, Mark) (Entered: 04/06/2012) |
| 04/11/2012 | 73 | MINUTE entry before Honorable Maria Valdez: Status hearing set for 4/12/12 is stricken. Settlement Conference set for 7/9/2012 at 02:00 PM. Judge Valdez requires full compliance with the Court's Standing Order on Settlement Conference found on Judge Valdez's website available at www.ilnd.uscourts.gov, or the parties can contact courtroom deputy, Yolanda Pagan, at 312/408-5135 for a copy. Failure to comply with the provisions of the Court's Standing Order may result in the unilateral cancellation of the settlement conference by the Court. Absent leave from the Court, cancellation will result if the Plaintiff fails to submit to chambers copies of the settlement letters four days prior to the settlement conference. Because of the volume of settlement conferences conducted by Judge Valdez, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship. Mailed notice (yp, ) (Entered: 04/11/2012) |
| 04/11/2012 | 74 | MINUTE entry before Honorable Maria Valdez:On Court's own motion, settlement conference set for 7/9/12 is stricken. Settlement Conference set for 7/10/2012 at 02:00 PM. Judge Valdez requires full compliance with the Court's Standing Order on Settlement Conference found on Judge Valdez's website available at www.ilnd.uscourts.gov, or the parties can contact courtroom deputy, Yolanda Pagan, at 312/408-5135 for a copy. Failure to comply with the provisions of the Court's Standing Order may result in the unilateral cancellation of the settlement conference by the Court. Absent leave from the Court, cancellation will result if the Plaintiff fails to submit to chambers copies of the settlement letters four days prior to the settlement conference. Because of the volume of settlement conferences conducted by Judge Valdez, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship.Mailed notice (yp, ) (Entered: 04/11/2012) |
| 05/04/2012 | 75 | STIPULATION *and tolling agreement* (Bulgarelli, Mark) (Entered: 05/04/2012) |
| 06/04/2012 | 76 | MINUTE entry before Honorable Sharon Johnson Coleman: Application by Stanley Weiner for leave to appear pro hac vice 48 is granted.Mailed notice (rth, ) (Entered: 06/04/2012) |
| 06/05/2012 | 77 | STIPULATION *and tolling agreement* (Bulgarelli, Mark) (Entered: 06/05/2012) |
| 06/13/2012 | 78 | MOTION by counsel for Defendants Cellco Partnership, Verizon Communications, Inc. to withdraw as attorney (Koh, Emmy) (Entered: 06/13/2012) |
| 06/13/2012 | 79 | (INCORRECT DOCUMENT (pdf) LINKED) NOTICE of Motion by Emmy Hong Koh for presentment of motion to withdraw as attorney 78 before Honorable Sharon Johnson Coleman on 6/21/2012 at 08:45 AM. (Koh, Emmy) Modified on 6/14/2012 (mjc, ). (Entered: 06/13/2012) |

| 06/14/2012 | 80 | NOTICE of Motion by Emmy Hong Koh for presentment of motion to withdraw as attorney 78 before Honorable Sharon Johnson Coleman on 6/21/2012 at 08:45 AM. (Koh, Emmy) (Entered: 06/14/2012) |
| 06/20/2012 | 81 | MINUTE entry before Honorable Sharon Johnson Coleman: Status hearing set for 6/25/2012 is reset to 7/20/2012 at 09:00 AM.Mailed notice (rth, ) (Entered: 06/20/2012) |
| 06/20/2012 | 82 | MINUTE entry before Honorable Sharon Johnson Coleman: Defendants' motion to withdraw Emmy H. Koh as attorney 78 is granted.Mailed notice (rth, ) (Entered: 06/20/2012) |
| 07/02/2012 | 83 | MOTION by Plaintiff Jeremy Cioe to reassign case (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Stepick, Alex) (Entered: 07/02/2012) |
| 07/02/2012 | 84 | NOTICE of Motion by Alex Stepick, Iv for presentment of motion to reassign case 83 before Honorable Sharon Johnson Coleman on 7/5/2012 at 08:45 AM. (Stepick, Alex) (Entered: 07/02/2012) |
| 07/03/2012 | 85 | NOTICE of Motion by Alex Stepick, Iv for presentment of motion to reassign case 83 before Honorable Sharon Johnson Coleman on 7/18/2012 at 08:45 AM. (Stepick, Alex) (Entered: 07/03/2012) |
| 07/03/2012 | 86 | STIPULATION and tolling agreement (Bulgarelli, Mark) (Entered: 07/03/2012) |
| 07/10/2012 | 87 | MINUTE entry before Honorable Maria Valdez:Settlement conference held on 7/10/2012. Settlement Conference continued to 8/10/2012 at 02:00 PM.Mailed notice (yp, ) (Entered: 07/11/2012) |
| 07/18/2012 | 88 | STIPULATION and tolling agreement (Bulgarelli, Mark) (Entered: 07/18/2012) |
| 07/18/2012 | 89 | MINUTE entry before Honorable Sharon Johnson Coleman: Motion hearing held on 7/18/2012. Plaintiff's motion to reassign case 83 is taken under advisement. Ruling by mail. New dates, possibly in September, will be set forth in the ruling. Status hearing set to 7/20/2012 is stricken.Mailed notice (rth, ) (Entered: 07/19/2012) |
| 08/10/2012 | 90 | MINUTE entry before Honorable Maria Valdez:Settlement conference held on 8/10/2012. Parties reached settlement. Mailed notice (yp, ) (Entered: 08/13/2012) |
| 08/31/2012 | 91 | STIPULATION and tolling agreement (Bulgarelli, Mark) (Entered: 08/31/2012) |
| 10/03/2012 | 92 | STIPULATION and Tolling Agreement (Bulgarelli, Mark) (Entered: 10/03/2012) |
| 11/01/2012 | 93 | MOTION by counsel for Plaintiff Jeremy Cioe to withdraw as attorney (Withdrawal of Stacey L. Scanlon) (Potter, Robin) (Entered: 11/01/2012) |
| 11/01/2012 | 94 | NOTICE of Motion by Robin B. Potter for presentment of motion to withdraw as attorney 93 before Honorable Sharon Johnson Coleman on 11/29/2012 at 08:45 AM. (Potter, Robin) (Entered: 11/01/2012) |
| 11/08/2012 | 95 | STIPULATION and Tolling Agreement (Bulgarelli, Mark) (Entered: 11/08/2012) |
| 11/26/2012 | 96 | MINUTE entry before Honorable Maria Valdez: At parties telephonic request, status hearing set before Judge Valdez on 11/29/2012 at 10:15 a.m. in Courtroom 1041 on settlement discussion. Mailed notice (yp, ) (Entered: 11/26/2012) |
| 11/27/2012 | 97 | MINUTE entry before Honorable Maria Valdez: Status hearing set for 11/29/12 is changed as to the time only from 10:15 a.m. to 10:00 a.m. Mailed notice (yp, ) (Entered: 11/27/2012) |
| 11/29/2012 | 98 | MINUTE entry before Honorable Maria Valdez:Magistrate Judge Status hearing held on 11/29/2012. Settlement Conference set for 2/20/2013 at 02:00 p.m. in courtroom 1041. Judge Valdez requires full compliance with the Court's Standing Order on Settlement Conference found on Judge Valdez's website available at www.ilnd.uscourts.gov, or the parties can contact courtroom deputy, Yolanda Pagan, at 312/408-5135 for a copy. Failure to comply with the provisions of the Court's Standing Order may result in the unilateral cancellation of the settlement conference by the Court. Absent leave from the Court, cancellation will result if the Plaintiff fails to submit to chambers copies of the settlement letters four days prior to the settlement conference. Because of the volume of settlement conferences conducted by Judge Valdez, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship. Mailed notice (yp, ) (Entered: 11/30/2012) |
| 11/29/2012 | 99 | MINUTE entry before Honorable Sharon Johnson Coleman: Motion hearing held on 11/29/2012. Motion by Stacey L. Scanlon to withdraw as attorney for plaintiff 93 is granted. Status hearing set for 2/11/2013 at 09:00 AM.Mailed notice (rth, ) (Entered: 12/02/2012) |
| 12/13/2012 | 100 | STIPULATION and tolling agreement (Bulgarelli, Mark) (Entered: 12/13/2012) |
| 01/09/2013 | 101 | STIPULATION and tolling agreement (Bulgarelli, Mark) (Entered: 01/09/2013) |
| 01/18/2013 | 102 | NOTICE by Ilan Chorowsky of Change of Address (Chorowsky, Ilan) (Entered: 01/18/2013) |
| 01/18/2013 | 103 | NOTICE by Mark Anthony Bulgarelli of Change of Address (Bulgarelli, Mark) (Entered: 01/18/2013) |
| 01/23/2013 | 104 | MOTION by Plaintiff Jeremy Cioe to consolidate cases (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Bulgarelli, Mark) (Entered: 01/23/2013) |
| 01/23/2013 | 105 | NOTICE of Motion by Mark Anthony Bulgarelli for presentment of motion to consolidate cases 104 before Honorable Sharon Johnson Coleman on 1/29/2013 at 08:45 AM. (Bulgarelli, Mark) (Entered: 01/23/2013) |
| 01/29/2013 | 106 | MINUTE entry before Honorable Sharon Johnson Coleman: Motion hearing held on 1/29/2013. Joint motion to consolidate cases and for leave to file amended consolidated complaint 104 is granted. Plaintiff granted leave to file consolidated amended complaint. The referral is for all settlement purposes. Status hearing set for 2/11/2013 is stricken and reset to 3/29/2013 at 09:00 AM. Parties may consider consenting to proceed before Magistrate Judge Valdez.Mailed notice (rth, ) (Entered: 02/04/2013) |
| 02/04/2013 | 107 | STIPULATION and tolling agreement (Bulgarelli, Mark) (Entered: 02/04/2013) |

| | | |
|---|---|---|
| 02/04/2013 | 108 | MINUTE entry before Honorable Sharon Johnson Coleman: Parties having been granted leave to file amended, consolidated complaint with 11 C 1851, plaintiffs' motion to relate and reassign cases 83 is moot.Mailed notice (rth, ) (Entered: 02/04/2013) |
| 02/06/2013 | 109 | MINUTE entry before Honorable Maria Valdez: Parties advised the Court telephonically that the parties reached settlement. Therefore, settlement conference set for 2/20/13 is hereby stricken. Referral to remain open until further order of the Court. Mailed notice (yp, ) (Entered: 02/06/2013) |
| 02/19/2013 | 110 | EXECUTIVE COMMITTEE ORDER:Case referred to the Honorable Maria Valdez to conduct necessary proceedings and issue Report and Recommendation on dispositive motion and conduct fairness hearing and issue report and recommendation. Signed by Executive Committee on 2/19/13.(mjc, ) (Entered: 02/20/2013) |
| 02/25/2013 | 111 | MINUTE entry before Honorable Maria Valdez: On Court's own motion, status hearing set for 3/12/2013 at 10:00 a.m. on report of settlement. Mailed notice (yp, ) (Entered: 02/25/2013) |
| 03/08/2013 | 112 | STIPULATION *and Tolling Agreement* (Bulgarelli, Mark) (Entered: 03/08/2013) |
| 03/12/2013 | 113 | MINUTE entry before Honorable Maria Valdez:Magistrate Judge Status hearing held on 3/12/2013. Parties anticipate on filing consent to proceed before Magistrate Judge and will file the motion for preliminary approval shortly thereafter. Mailed notice (yp, ) (Entered: 03/12/2013) |
| 03/13/2013 | 114 | JOINT CONSENT to Exercise of Jurisdiction by a United States Magistrate Judge (Bulgarelli, Mark) (Entered: 03/13/2013) |
| 03/14/2013 | 115 | MINUTE entry before Honorable Sharon Johnson Coleman: Parties having consented to proceed before Magistrate Judge Valdez, the status hearing set to 3/29/2013 before this court is hereby stricken.Mailed notice (rth, ) (Entered: 03/14/2013) |
| 03/19/2013 | 116 | *Consolidated* AMENDED complaint by Jeremy Cioe, Sarom Ped against Cellco Partnership, Airtouch Cellular, Verizon Wireless Texas, LLC (Attachments: # 1 Exhibit A)(Bulgarelli, Mark) (Entered: 03/19/2013) |
| 03/20/2013 | 117 | MOTION by Plaintiffs Jeremy Cioe, Sarom Ped to amend/correct *Order* (Attachments: # 1 Exhibit A)(Bulgarelli, Mark) (Entered: 03/20/2013) |
| 03/20/2013 | 118 | NOTICE of Motion by Mark Anthony Bulgarelli for presentment of motion to amend/correct 117 before Honorable Sharon Johnson Coleman on 3/26/2013 at 08:45 AM. (Bulgarelli, Mark) (Entered: 03/20/2013) |
| 03/21/2013 | 119 | ATTORNEY Appearance for Defendant Airtouch Cellular by Elizabeth Bethea McRee (McRee, Elizabeth) (Entered: 03/21/2013) |
| 03/21/2013 | 120 | ATTORNEY Appearance for Defendant Verizon Wireless Texas, LLC by Elizabeth Bethea McRee (McRee, Elizabeth) (Entered: 03/21/2013) |
| 03/26/2013 | 121 | MINUTE entry before Honorable Sharon Johnson Coleman: Motion hearing held on 3/26/2013. Parties' motion to amend the court's order 117 is granted, and an amending order will be entered upon the filing of a consent to the jurisdiction of Magistrate Judge Valdez executed by the defendants added in the consolidated amended complaint 116 . Mailed notice (rth, ) (Entered: 03/27/2013) |
| 03/27/2013 | 122 | JOINT CONSENT to Exercise of Jurisdiction by a United States Magistrate Judge (Bulgarelli, Mark) (Entered: 03/27/2013) |
| 04/08/2013 | 123 | MINUTE entry before Honorable Sharon Johnson Coleman: Docket entry #106 is amended to reflect that cases 11-cv-1002 and 11-cv-1851 are consolidated for all purposes.Mailed notice (rth, ) (Entered: 04/08/2013) |
| 04/08/2013 | 124 | STIPULATION *and tolling agreement* (Bulgarelli, Mark) (Entered: 04/08/2013) |
| 04/08/2013 | 125 | WAIVER OF SERVICE returned executed by Jeremy Cioe, Sarom Ped. Airtouch Cellular waiver sent on 4/8/2013, answer due 6/7/2013. (Bulgarelli, Mark) (Entered: 04/08/2013) |
| 04/08/2013 | 126 | WAIVER OF SERVICE returned executed by Jeremy Cioe, Sarom Ped. Verizon Wireless Texas, LLC waiver sent on 4/8/2013, answer due 6/7/2013. (Bulgarelli, Mark) (Entered: 04/08/2013) |
| 04/08/2013 | 127 | MOTION by Defendant Cellco Partnership for extension of time to file answer *to consolidated amended complaint* (McRee, Elizabeth) (Entered: 04/08/2013) |
| 04/08/2013 | 128 | NOTICE of Motion by Elizabeth Bethea McRee for presentment of motion for extension of time to file answer 127 before Honorable Sharon Johnson Coleman on 4/16/2013 at 08:45 AM. (McRee, Elizabeth) (Entered: 04/08/2013) |
| 04/08/2013 | 129 | ORDER REASSIGNING Case to the Honorable Maria Valdez pursuant to Local Rule 73.1(B) for all further proceedings parties having consented to the reassignment. Signed by Honorable Sharon Johnson Coleman on 4/8/13.(mjc, ) (Entered: 04/10/2013) |
| 04/12/2013 | 130 | NOTICE of Motion by Elizabeth Bethea McRee for presentment of motion for extension of time to file answer 127 before Honorable Maria Valdez on 4/16/2013 at 10:15 AM. (McRee, Elizabeth) (Entered: 04/12/2013) |
| 04/15/2013 | 131 | MOTION by Plaintiffs Jeremy Cioe, Sarom Ped for leave to file excess pages (Attachments: # 1 Exhibit A)(Bulgarelli, Mark) (Entered: 04/15/2013) |
| 04/15/2013 | 132 | NOTICE of Motion by Mark Anthony Bulgarelli for presentment of motion for leave to file excess pages 131 before Honorable Maria Valdez on 4/18/2013 at 10:15 AM. (Bulgarelli, Mark) (Entered: 04/15/2013) |
| 04/16/2013 | 133 | MOTION by Plaintiffs Jeremy Cioe, Sarom PedPreliminary Approval of Class Action and Notice to Settlement Class (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Bulgarelli, Mark) (Entered: 04/16/2013) |
| 04/16/2013 | 134 | CERTIFICATE of Service by Mark Anthony Bulgarelli on behalf of Jeremy Cioe, Sarom Ped regarding MOTION by Plaintiffs Jeremy Cioe, Sarom PedPreliminary Approval of Class Action and Notice to Settlement Class 133 (Bulgarelli, Mark) (Entered: 04/16/2013) |
| 04/16/2013 | 135 | MINUTE entry before Honorable Maria Valdez: Motion hearing held on 4/16/2013. Unopposed motion for extension of time to answer or otherwise respond to plaintiffs' consolidated class certification complaint 127 is granted. Plaintiff's motion for leave to file |

| | | |
|---|---|---|
| | | excess pages 131 is granted. Presentment date of 4/18/13 is stricken. Plaintiff's Motion for Preliminary approval of class action and notice to settlement class 133 is set for 4/25/13 at 9:30 a.m. Mailed notice (yp, ) (Entered: 04/17/2013) |
| 04/24/2013 | 136 | MINUTE entry before Honorable Maria Valdez: On Court's own motion with agreement of availability of the parties, Presentment date of Plaintiff's motion for Preliminary Approval of Class Action and Notice to Settlement Class 133 is reset for 5/1/2013 at 10:15 AM. Mailed notice (yp, ) (Entered: 04/24/2013) |
| 04/24/2013 | 137 | MINUTE entry before Honorable Maria Valdez: Minute order dated 4/24/13 is corrected to read as follows: "On Court's own motion with agreement of availability of the parties, Ruling on Plaintiff's motion for Preliminary Approval of Class Action and Notice to Settlement Class 133 is reset for 5/1/2013 at 10:15 AM."Mailed notice (yp, ) (Entered: 04/24/2013) |
| 05/01/2013 | 138 | MINUTE entry before Honorable Maria Valdez: Motion hearing held on 5/1/2013. MOTION by Plaintiffs for Preliminary Approval of Class Action and Notice to Settlement Class 133 is granted. Fairness hearing set for 9/11/2013 at 10:30 a.m. in Courtroom 1041. Enter Order of Preliminary Approval, Notice to the Settlement Class, and Conditional Certification. Pursuant to the terms of settlement, defendant is hereby relieved of the obligation to file an answer to the pending consolidated amended class action complaint. (For further details see separate order.) Mailed notice (yp, ) (Entered: 05/01/2013) |
| 05/01/2013 | 139 | ORDER of Preliminary Approval, Notice to the Settlement Class, and Conditional Certification. Mailed notice(yp, ) (Entered: 05/01/2013) |
| 05/13/2013 | 140 | STATUS Report by Jeremy Cioe, Sarom Ped (Attachments: # 1 Exhibit A)(Bulgarelli, Mark) (Entered: 05/13/2013) |
| 06/05/2013 | 141 | STIPULATION *to Extend Time* (Attachments: # 1 Exhibit A)(Bulgarelli, Mark) (Entered: 06/05/2013) |
| 06/06/2013 | 142 | MINUTE entry before Honorable Maria Valdez: Enter Order Granting Parties Stipulation to Extend Time to Send Class Notice and Claim and Opt-In Form to Class Members until 6/13/13. (For further details see separate order.)Mailed notice (yp, ) (Entered: 06/06/2013) |
| 06/06/2013 | 143 | ORDER to Extend Time to Send Class Notice and Claim and Opt-In Form to Class Members Signed by the Honorable Maria Valdez on 6/6/2013. Mailed notice(yp, ) (Entered: 06/06/2013) |
| 06/13/2013 | 144 | MOTION by Defendants Airtouch Cellular, Cellco Partnership, Verizon Wireless Texas, LLC to stay *Settlement Notice Deadline* (McRee, Elizabeth) (Entered: 06/13/2013) |
| 06/13/2013 | 145 | NOTICE of Motion by Elizabeth Bethea McRee for presentment of motion to stay 144 before Honorable Maria Valdez on 6/20/2013 at 10:15 AM. (McRee, Elizabeth) (Entered: 06/13/2013) |
| 06/17/2013 | 146 | MINUTE entry before Honorable Maria Valdez: Defendant's Unopposed motion to stay settlement notice deadline 144 is granted. Presentment date of 6/20/13 on said motion is stricken. Defendants will submit to the Court a joint status with Plaintiffs regarding setting a new Notice Deadline and resetting the date for the final approval hearing by July 2, 2013. Mailed notice (yp, ) (Entered: 06/17/2013) |
| 07/02/2013 | 147 | STATUS Report *(Joint)* by Airtouch Cellular, Cellco Partnership, Verizon Wireless Texas, LLC (McRee, Elizabeth) (Entered: 07/02/2013) |
| 07/09/2013 | 148 | MINUTE entry before Honorable Maria Valdez: Pursuant to parties request in their status report, this matter is hereby set for status on 7/11/13 at 10:00 a.m. Mailed notice (yp, ) (Entered: 07/09/2013) |
| 07/11/2013 | 149 | MINUTE entry before Honorable Maria Valdez:Magistrate Judge Status hearing held on 7/11/2013. Parties to file a joint status report by 7/22/13. Status hearing set for 7/25/2013 at 10:00 AM.Mailed notice (yp, ) (Entered: 07/12/2013) |
| 07/22/2013 | 150 | STATUS Report *Joint* by Jeremy Cioe, Sarom Ped (Attachments: # 1 Exhibit A)(Bulgarelli, Mark) (Entered: 07/22/2013) |
| 07/25/2013 | 151 | MINUTE entry before Honorable Maria Valdez:Magistrate Judge Status hearing held on 7/25/2013. Court approves the 2nd revised notice that was provided in open Court. Fairness hearing is set for 10/29/2013 at 10:30 a.m. in Courtroom 1041. Mailed notice (yp, ) (Entered: 07/25/2013) |
| 08/05/2013 | 152 | STIPULATION *and Tolling Agreement* (Bulgarelli, Mark) (Entered: 08/05/2013) |
| 08/06/2013 | 153 | ORDER ENTERING STIPULATION AND TOLLING AGREEMENT Signed by the Honorable Maria Valdez on 8/6/2013.Mailed notice(yp, ) (Entered: 08/06/2013) |
| 10/01/2013 | 154 | LETTER from Amanda Forst dated 9/26/13 regarding proposed class action settlement. (mjc, ) (Entered: 10/03/2013) |
| 10/21/2013 | 155 | MOTION by Plaintiffs Jeremy Cioe, Sarom Ped for leave to file *enlarged brief* (Stepick, Alex) (Entered: 10/21/2013) |
| 10/21/2013 | 156 | NOTICE of Motion by Alex Stepick, IV for presentment of motion for leave to file 155 before Honorable Maria Valdez on 10/24/2013 at 10:15 AM. (Stepick, Alex) (Entered: 10/21/2013) |
| 10/23/2013 | 157 | MINUTE entry before Honorable Maria Valdez: Agreed Motion by Plaintiffs for leave to file enlarged brief 155 is granted. Motion Hearing scheduled for 10/24/2013 at 10:15 is stricken. Mailed notice (lp, ) (Entered: 10/23/2013) |
| 10/25/2013 | 158 | MOTION by Plaintiffs Jeremy Cioe, Sarom Ped *FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT* (Attachments: # 1 Exhibit A, # 2 Exhibit A-1, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Bulgarelli, Mark) (Entered: 10/25/2013) |
| 10/25/2013 | 159 | NOTICE of Motion by Mark Anthony Bulgarelli for presentment of motion for miscellaneous relief, 158 before Honorable Maria Valdez on 10/29/2013 at 10:30 AM. (Bulgarelli, Mark) (Entered: 10/25/2013) |
| 10/29/2013 | 160 | MINUTE entry before Honorable Maria Valdez: Fairness and Motion Hearing held on 10/29/2013. The Motion for Final Approval of Class Action Settlement 158 is granted. Mailed notice (lp, ) (Entered: 10/29/2013) |

Case: 1:11-cv-01002 Document #: 165 Filed: 11/20/13 Page 24 of 24 PageID #:903

| 10/29/2013 | 161 | ORDER of Final Settlement Approval and Dismissal with Prejudice. Signed by the Honorable Maria Valdez on 10/29/2013: Mailed notice(lp, ) Modified on 10/30/2013 (lp, ). (Entered: 10/29/2013) |
| 10/29/2013 | 162 | ENTERED JUDGMENT. Signed by the Honorable Maria Valdez on 10/29/2013:Mailed notice(lp, ) (Entered: 10/30/2013) |
| 11/19/2013 | 163 | NOTICE of appeal by Amanda Frost regarding orders 160 , 161 , 162 . Filing fee $ 455. Receipt number #4624110410. (kj, ) Modified on 11/20/2013 . (Entered: 11/20/2013) |
| 11/20/2013 | 164 | NOTICE of Appeal Due letter sent to counsel of record. (kj, ) (Entered: 11/20/2013) |